1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOSES A. ESQUIVEL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY and DOES 1–10, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:15-CV-03022-LB<br><br>**[PROPOSED]** ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND PRELIMINARY ADR DEADLINES<br><br>[Civ. L.R. 6–2]<br><br>Hon. Laurel Beeler<br>Courtroom C, 15th Floor<br><br>Compl. Filed: April 23, 2015<br>First Am. Compl. Filed: May 27, 2015<br>Cross-Compl. Filed: June 26, 2015<br><br>Trial Date: N/A |
| SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, SPRINT SPECTRUM L.P., a Delaware limited partnership, and SPRINT SOLUTIONS, INC., a Delaware corporation,<br><br>　　　　　　Cross-Complainants,<br><br>vs.<br><br>MOSES A. ESQUIVEL, an individual,<br><br>　　　　　　Cross-Defendant. | |

**[PROPOSED] ORDER**

Pursuant to the Stipulation between Plaintiff Moses A. Esquivel ("Plaintiff"), on the one hand, and Defendant and Cross-Complainant Sprint/United Management Company, Cross-Complainant Sprint Spectrum L.P., and Cross-Complainant Sprint Solutions, Inc. (referred to together as "Sprint"), on other hand (collectively, the "Parties"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Initial Case Management Conference shall be continued from October 1, 2015 to   November 5, 2015  .

2. The Parties shall meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan on or before   October 15, 2015  .

3. The Parties shall file the ADR Certification required by Civil Local Rule 16-8(b) and ADR Local Rule 3-5(b) on or before   October 15, 2015  .

4. The Parties shall file a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference on or before   October 15, 2015  .

5. The Parties shall file a Rule 26(f) Report in accordance with the Court's Standing Order on or before   October 29, 2015  .

6. The Parties shall complete initial disclosures or state objections in the Rule 26(f) Report on or before   October 29, 2015  .

**IT IS SO ORDERED.**

Dated:   9/14/2015

_____
Honorable Laurel Beeler
United States Magistrate Judge