R. DUANE WESTRUP (Cal. Bar No. 58610)
jveloff@westrupassociates.com
CAT N. BULAON (Cal. Bar No. 206612)
cbulaon@westrupassociates.com
**WESTRUP & ASSOCIATES**
444 West Ocean Boulevard, Suite 1614
Long Beach, California  90802-4524
Telephone: (562) 432-2551
Facsimile: (562) 435-4856

Attorneys for Plaintiff, MOSES A. ESQUIVEL
*[Additional counsel for Plaintiff listed on next page]*

HAROLD M. BRODY (Cal. Bar No. 84927)
hbrody@proskauer.com
ENZO DER BOGHOSSIAN (Cal. Bar No. 211351)
ederboghossian@proskauer.com
ANTHONY J. DIBENEDETTO (Cal. Bar No. 282360)
adibenedetto@proskauer.com
KEITH A. GOODWIN (Cal. Bar No. 294475)
kgoodwin@proskauer.com
**PROSKAUER ROSE LLP**
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:   (310) 557-2900
Facsimile:    (310) 557-2193

Attorneys for Defendant and Cross-Complainants,
SPRINT/UNITED MANAGEMENT COMPANY,
SPRINT SPECTRUM L.P. and SPRINT SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOSES A. ESQUIVEL, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT/UNITED MANAGEMENT COMPANY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:15-CV-03022-LB<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT WITHOUT PREJUDICE**<br><br>Hon. Laurel Beeler<br>Courtroom C, 15th Floor<br><br>Compl. Filed: April 23, 2015<br>First Am. Compl. Filed: May 27, 2015<br>Cross-Compl. Filed: June 26, 2015<br><br>Trial Date: N/A |

1  MICHAEL L. CARVER (Cal. Bar No. 173633)
   **LABOR LAW OFFICE,**
2  1395 Ridgewood Drive, Suite 300
   Chico, CA  95973
3  Telephone:  (530) 891-8503
   Fax:  (530) 891-8512
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER GRANTING REQUEST FOR DISMISSAL
OF PLAINTIFF'S FIRST AMENDED COMPLAINT  WITHOUT PREJUDICE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff MOSES A. ESQUIVEL ("Plaintiff"), on the one hand, and Defendant and Cross-Complainant SPRINT/UNITED MANAGEMENT COMPANY, Cross-Complainant SPRINT SPECTRUM L.P., and Cross-Complainant SPRINT SOLUTIONS, INC. (referred to together as "Sprint"), on other hand (collectively, the "Parties"), respectfully submit this Stipulation and Proposed Order Granting Request for Dismissal of Plaintiff's First Amended Complaint, Without Prejudice.

WHEREAS, Plaintiff filed a Complaint against Sprint/United Management Company on April 23, 2015 in the California Superior Court for the County of Marin;

WHEREAS, Plaintiff filed a First Amended Complaint against Sprint/United Management Company on May 27, 2015 in the California Superior Court for the County of Marin;

WHEREAS, Sprint removed this action to this Court on June 29, 2015;

WHEREAS, Plaintiff's First Amended Complaint asserts an individual cause of action for retaliation as well as class and representative claims for alleged violations of California's wage and hour laws by Sprint/United Management Company;

WHEREAS, Plaintiff's class action and representative action are at the early stage of litigation and the Parties have not commenced discovery or taken any depositions;

WHEREAS, after filing his First Amended Complaint, Plaintiff discovered the existence of two other wage and hour class actions filed against Sprint/United Management Company: (1) *Olivia Guilbaud, et al. v. Sprint Nextel Corporation and Sprint/United Management Co., Inc.* ("*Guilbaud*") (pending in the United States District Court, Northern District of California, Case No. 3:13-cv-04357-VC, filed on September 19, 2013), and (2) *Viet Bui v. Sprint Corporation, a Sprint Communications Company, L.P., Sprint/United Management Co.* ("*Bui*") (pending in the United States District Court, Eastern District of California,, Case No. 2:14-cv-02461-TLN-AC, filed on July 10, 2014);

WHEREAS, the wage and hour claims alleged by Plaintiff in this action, including Plaintiff's representative claim for penalties under the Labor Code Private Attorneys General Act of 2004 ("PAGA"), are encompassed by *Bui* and/or *Guilbaud*;

1     WHEREAS, the class that Plaintiff seeks to represent in this action is encompassed by the putative classes in *Bui* and/or *Guilbaud*;

    WHEREAS, the *Bui* case is currently awaiting preliminary approval of a class action settlement;

    WHEREAS, the Parties wish to dismiss Plaintiff's First Amended Complaint (including Plaintiff's individual, class, and representative wage and hour claims therein) without prejudice in light of the *Bui* settlement;

    WHEREAS, no harm will result to the class from a dismissal of Plaintiff's class and representative claims without prejudice because Plaintiff's case has not been certified as a class;

    WHEREAS, Plaintiff also desires to dismiss his individual cause of action against Sprint/United Management Company for retaliation under California Labor Code Section 1102.5 without prejudice;

    WHEREAS, the Parties acknowledge the existence of a pending Cross-Complaint and that neither the undersigned counsel nor any of the attorneys who have appeared on Plaintiff's behalf in connection with Plaintiff's First Amended Complaint represents Plaintiff in connection with the Cross-Complaint; and

    WHEREAS, Plaintiff has been advised that he is not currently represented by counsel in connection with the Cross-Complaint filed against him by Sprint, and has been encouraged to retain counsel in connection with said Cross-Complaint;

    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that: Plaintiff's First Amended Complaint (including, without limitation, any and all individual, class action, and representative claims alleged therein) will be dismissed in its entirety without prejudice.

    **IT IS SO STIPULATED.**

**STIPULATION AND ORDER GRANTING REQUEST FOR DISMISSAL
OF PLAINTIFF'S FIRST AMENDED COMPLAINT WITHOUT PREJUDICE**

| | | |
|---|---|---|
| 1 | Dated: September 11, 2015 | PROSKAUER ROSE LLP |
| 2 | | Harold M. Brody |
| | | Enzo Der Boghossian |
| 3 | | Anthony J. DiBenedetto |
| | | Keith A. Goodwin |

By:      */s/ Keith A. Goodwin*
               Keith A. Goodwin

Attorneys for Defendant and Cross-Complainants,
SPRINT/UNITED MANAGEMENT COMPANY,
SPRINT SPECTRUM L.P. and SPRINT SOLUTIONS, INC.

Dated: September 11, 2015       WESTRUP & ASSOCIATES
                                          R. Duane Westrup

By:      */s/ R. Duane Westrup*
               R. Duane Westrup

Attorneys for Plaintiff,
MOSES A. ESQUIVEL

**STIPULATION AND ORDER GRANTING REQUEST FOR DISMISSAL
OF PLAINTIFF'S FIRST AMENDED COMPLAINT WITHOUT PREJUDICE**

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: September 11, 2015        **WESTRUP & ASSOCIATES**
R. Duane Westrup


By:        */s/ R. Duane Westrup*
                    R. Duane Westrup

Attorneys for Plaintiff, MOSES A. ESQUIVEL

**[PROPOSED] ORDER**

Pursuant to the Stipulation between Plaintiff MOSES A. ESQUIVEL ("Plaintiff"), on the one hand, and Defendant and Cross-Complainant SPRINT/UNITED MANAGEMENT COMPANY, Cross-Complainant SPRINT SPECTRUM L.P., and Cross-Complainant SPRINT SOLUTIONS, INC. (referred to together as "Sprint"), on other hand (collectively, the "Parties"), and good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint (including, without limitation, any and all individual claims, class action claims, and representative claims under the California Labor Code Private Attorneys General Act of 2004 ("PAGA") alleged therein) is HEREBY DISMISSED in its entirety without prejudice to Plaintiff or to any putative class member.

**IT IS SO ORDERED.**

Dated:     9/14/2015

Honorable Laurel Beeler
United States Magistrate Judge