UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| SPRINT/UNITED MANAGEMENT COMPANY, *et al.*, | No. 3:15-cv-03022 LB |
|---|---|
| Cross-Complainants, | AMENDED REVISED SCHEDULING ORDER |
| v. | |
| MOSES ESQUIVEL, | |
| Cross-Defendant. | |

At the parties' request (*see* ECF No. 38 at 14), the court continues the dates in this case by approximately one month as set forth in this table.

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Updated Joint Case-Management Conference Statement | 3/17/2016 |
| Further Case Management Conference | 3/24/2016 at 11:00 a.m. |
| ADR completion date | 3/17/2016 |
| Non-expert discovery completion date | 4/29/2016 |
| Expert disclosures required by Federal Rules of Civil Procedure | 6/2/2016 |
| Rebuttal expert disclosures | 7/1/2016 |
| Expert discovery completion date | 7/22/2016 |
| Last hearing date for dispositive motions and/or further case management conference | 6/16/2016 at 9:30 a.m. |

REVISED SCHEDULING ORDER
No. 3:15-cv-03022 LB

| Meet and confer re pretrial filings | 7/25/2016 |
|---|---|
| Pretrial filings due | 8/11/2016 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 8/18/2016 |
| Final Pretrial Conference | 9/1/2016 at 1:30 p.m. |
| Trial | 9/12/2016 at 8:30 a.m. |
| Length of Bench Trial | 2 days |

The procedures in the court's earlier pretrial order at ECF No. 31 remain in effect.

**IT IS SO ORDERED**.

Dated:   February 2, 2016

_____
LAUREL BEELER
United States Magistrate Judge