1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES A. ESQUIVEL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY and DOES 1–10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 3:15-CV-03022-LB<br><br>**[PROPOSED]** ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE<br><br>Hon. Laurel Beeler<br>Courtroom C, 15th Floor<br>San Francisco Courthouse<br><br>Compl. Filed: April 23, 2015<br>First Am. Compl. Filed: May 27, 2015<br>Cross-Compl. Filed: June 26, 2015 |
| SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, SPRINT SPECTRUM L.P., a Delaware limited partnership, and SPRINT SOLUTIONS, INC., a Delaware corporation,<br><br>　　　　　　　Cross-Complainants,<br><br>　　　vs.<br><br>MOSES A. ESQUIVEL, an individual,<br><br>　　　　　　　Cross-Defendant. | |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Before the Court is the Joint Stipulation to Dismissal of Civil Action without Prejudice signed by counsel of record for Cross-Complainants Sprint/United Management Company, Sprint Spectrum L.P., and Sprint Solutions (collectively, "Sprint") and by *pro se* Cross-Defendant Moses A. Esquivel ("Esquivel"). Having read the Joint Stipulation, and finding good cause therefor, the Court HEREBY ORDERS as follows:

1. This action, and each claim or counterclaim alleged therein, is hereby dismissed without prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each Party shall bear its own costs, expenses, and attorneys' fees, except as provided by the Settlement Agreement entered into by the Parties to this action.

2. This Court shall retain jurisdiction over the Parties to enforce the Parties' Settlement Agreement until performance in full of the terms of the Settlement Agreement

**IT IS SO ORDERED.**

Dated: April 15, 2016

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge
Northern District of California

- 1 -
**[PROPOSED] ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE**
2666/66816-119 current/54728060v1